# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Herman Antonio Duran-Yon,<br>a.k.a.: Herman Anthony Duran,<br>a.k.a.: Herman Duran,<br>(A 088 673 696)<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 16-359MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 1, 2012, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Herman Antonio Duran-Yon, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about October 28, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Matthew Binford

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin L. Barrette,
Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 19, 2016

_____
*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Kevin L. Barrette, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 1, 2012, Herman Antonio Duran-Yon was booked into the Pinal County Jail (PCJ) by the Arizona Department of Public Safety on local charges. While in custody at PCJ, Duran-Yon was examined by Corrections Officer (CO) Edgar G. Hernandez, who was designated with the authority to determine alienage under the Immigration and Nationality Act, Section 287(g). CO Hernandez determined Duran-Yon to be a citizen of Mexico, illegally present in the United States. On the same date, CO Hernandez lodged an immigration detainer with the PCJ. On September 17, 2016, Duran-Yon was released from the Arizona Department of Corrections and transported to Florence ICE custody for further investigation and processing. Duran-Yon was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Herman Antonio Duran-Yon to be a citizen of

1

Mexico and a previously deported alien. Duran-Yon was removed from the United States to Mexico through Nogales, Arizona, on or about October 28, 2010, pursuant to a removal order issued by an immigration official. There is no record of Duran-Yon in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Duran-Yon's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Herman Antonio Duran-Yon was convicted of Possession of a Dangerous Drug for Sale, a felony offense, on June 12, 2006, in the Superior Court of Arizona, Pinal County. Duran-Yon was sentenced to ninety (90) days' incarceration and five (5) years' probation. Duran-Yon's criminal history was matched to him by electronic fingerprint comparison.

5. On September 17, 2016, Herman Antonio Duran-Yon was advised of his constitutional rights. Duran-Yon freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 1, 2012, Herman Antonio Duran-Yon, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at Nogales, Arizona, on or about October 28, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Kevin L. Barrette,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 19th day of September, 2016.

_____
Michelle H. Burns,
United States Magistrate Judge